UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Whitney Glover,

                         Plaintiffs,                  18 CV 10504 (KMK)

-v-                                                      CALENDAR NOTICE

United States of America, et al.,

                         Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

Please take notice that the above captioned action has been scheduled for oral argument on Defendant, United States of America's Motion for Summary Judgment before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, February 13, 2020 at 2:00 p.m. in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least ten business days beforehand.

Dated: January 22, 2020
         White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J