UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WHITNEY GLOVER,

                Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

                Defendants.

No. 18-CV-10504 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For the reasons discussed on the record at the Oral Argument on February 13, 2020, the Court denies Defendant United States of America's Motion for Summary Judgment. The Clerk of Court is respectfully directed to terminate the pending Motion, (Dkt. No. 21).

SO ORDERED.

DATED:    February 13, 2020
                White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE