# Candice A. Pl[uymert]

*Attorney At Law*
MEMBER N.J. & N.Y. BAR

> Application granted.
>
> Plaintiff is granted leave to file redacted copies of the Proposed Order of Dismissal, Stipulation of Settlement, and Proposed Infant Compromise Order on the public docket (Doc. 79) and unredacted copies of those documents under seal (Doc. 81).
>
> The Clerk of the Court is respectfully directed to seal Doc. 81 and its attachments, permitting access by only the parties and the Court, but retain the summary docket text for the record.
>
> The Clerk of the Court is further respectfully directed to terminate the motion sequences pending at Doc. 79 and Doc. 80.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         December 21, 2021

Decemb[er...]

By ECF
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
*Email:HalpernNYSDChambers@nysd.uscourts.gov*

      Re: Glover v. United States of America and St. Luke's Cornwall Hospital
          Docket No. 18 Civ. 10504 (PMH) (PED)

Honorable Sir:

The undersigned represents the interests of the Plaintiff in connection with the above-captioned matter. As the Court is aware, the claims against the United States have been settled. As per the Court's Memo Endorsement (Dkt. No. 78), Plaintiff respectfully renews her prior application to seal the settlement documents. (See Dkt. No. 77)

By way of background, a redacted version of the Proposed Order of Dismissal, Stipulation of Settlement and Proposed Infant Compromise Order were duly filed through ECF on December 17, 2021 (See Dkt. No. 76) At this time, Plaintiff is filing redacted versions of the supporting documentation including the Petition of Plaintiff Whitney Glover and Attorney Affirmation of through ECF.

As per this Court's individual practices, an unredacted version of these documents is also being contemporaneously filed under seal with the redacted portions highlighted, which include all supporting documentation.

As per Plaintiff's previous request, the basis for seeking a sealed filing is to minimize prejudice to the Plaintiff in the ongoing litigation as against the co-defendant St. Luke's Cornwall Hospital as these causes of action remain unresolved. Plaintiff is respectfully asking the Court to restrict viewing of this information to any party still involved in the litigation, as these documents contain sworn statements of the Plaintiff as well as sensitive information regarding the case that would necessarily impact upon the outstanding litigation and can or may be used to the detriment of the infant plaintiff in future proceedings.

Respectfully submitted,

*/s/ Candice A. Pluchino*

CANDICE A. PLUCHINO

cc: w/o enclosures
    Danielle Levine, Esq.
    US Attorney for the SDNY

    Kristen Doyle, Esq.
    Regenbaum, Arciero McMillan & Burgess, P.C