UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WHITNEY GLOVER, as mother and natural guardian of N█████ S█████,

    Plaintiff,

-against-

UNITED STATES OF AMERICA, et al.,

    Defendants.

**ORDER**

18-CV-10504 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Prior to the filing of this action, Plaintiff filed an action in the Supreme Court of the State of New York, County of Orange. (*See* Doc. 79 ¶ 15; Doc. 79-3 ¶ 13). That action was subsequently discontinued. (*See* Doc. 79 ¶ 18; Doc. 79-3 ¶ 16).

Plaintiff is accordingly directed to file a letter, no longer than three double-spaced pages, on or before January 14, 2022: (1) explaining, with citation to authority, how this Court may remand those state law claims pressed against St. Luke's Cornwall Hospital in light of the fact that the state proceeding was discontinued; or (2) advising that the state law claims pressed against St. Luke's Cornwall Hospital should be dismissed without prejudice for lack of subject-matter jurisdiction.

SO ORDERED:

Dated: White Plains, New York
       January 10, 2022

_____
PHILIP M. HALPERN
United States District Judge